USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Mitnick, as Assignee for the Benefit of Creditors of NW Sign Industries, Inc.,

                Plaintiff,

-against-

CBRE, Inc. et al.,

                Defendants.

1:21-cv-05753 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on October 22, 2021, a Clerk's Certificate of Default was entered against Defendant Jones Lang LaSalle Americas, Inc. ("JLLA") (*see* ECF No. 35); and

WHEREAS, on November 24, 2021, the remaining parties in this action consented to proceed before the undersigned for all purposes (*see* ECF No. 40); and

WHEREAS, on December 8, 2021, JLLA appeared in this action and the parties filed a proposed Stipulation and Order to vacate the default (*see* ECF Nos. 43 & 44); and

WHEREAS, before this Court can enter the proposed Stipulation or otherwise proceed in this action, all parties, including JLLA, must consent to proceed before the undersigned.

NOW, THEREFORE, it is hereby Ordered that, no later than December 16, 2021, the parties either shall (1) submit an updated consent form signed by all parties, or (2) file a joint letter indicating that not all parties consent, in which case this action will be reassigned to District Judge Failla.

**SO ORDERED.**

DATED:   New York, New York
         December 9, 2021

_____
STEWART D. AARON
United States Magistrate Judge