```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Mitnick, as Assignee for the Benefit of Creditors of NW Sign Industries, Inc.,

                Plaintiff,

-against-

CBRE, Inc. et al.,

                Defendants.

1:21-cv-05753 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Discovery in this action closed on July 10, 2023. (*See* 3/16/2023 Order, ECF No. 71.) No later than July 18, 2023, the parties shall file a joint letter setting forth proposed next steps in this action. The joint letter shall address whether the parties would like to be referred to mediation and/or whether any party intends to file a dispositive motion, in which case the parties shall include a proposed briefing schedule. If, instead, the parties are prepared to proceed to trial, the joint letter shall set forth proposed trial dates and a proposed schedule for the parties to file a Joint Pretrial Order and other pretrial filings set forth in the Court's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
            July 11, 2023

_____
STEWART D. AARON
United States Magistrate Judge